UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
ex rel. JAMES F. VALENTI, JR.,

        Plaintiff,

v.

TAI SHAN GOLDEN GAIN ALUMINUM PRODUCTS, LTD; SAM LEI; JOHN LEI; INNOVATIVE ALUMINUM (HONG KONG), LTD; ROBERT WINGFIELD; STEVEN ATKINSON; NORTHEASTERN ALUMINUM CORPORATION; WILLIAM MA; MASTER ATTRACTION SBN BHD; LMM MARKETING SBN BHD; KING RIVER; TMI; SOUTHEASTERN ALUMINUM PRODUCTS, INC.; BASCO MANUFACTURING COMPANY; WATERFALL GROUP, LLC; C.R. LAURENCE COMPANY, INC.; VITRO ARCHITECTURAL PRODUCTS; SOUTHERN ALUMINUM MANUFACTURING COMPANY; CARDINAL SHOWER ENCLOSURES; CORAL INDUSTRIES; and JOHN DOE COMPANIES,

        Defendants.
_____/

Case No. 3:11-cv-368-J-99TJC-PDB

**<u>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AS TO DEFENDANT BASCO</u>**

      The United States of America and Relator James F. Valenti, Jr. (Relator), through their respective undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby notify the Court that as of November 5, 2013, the United States has entered into a Settlement Agreement (Settlement

Agreement) with Basco Manufacturing Company (Basco), and Relator has entered into a separate agreement with Basco to resolve Relator's claim to attorney's fees under 31 U.S.C. § 3730(d).  Upon the filing of this Notice of Voluntary Dismissal with the Clerk of the Court, the claims against Basco shall be dismissed as follows:

1. Pursuant to the terms of the Settlement Agreement, as to the United States, this action is dismissed only as to Basco, with prejudice only as to the Covered Conduct released in the Settlement Agreement, and without prejudice as to any other claims against Basco.  Each Party to the Settlement Agreement shall bear its own costs.

2. As to the Relator, the claims in this action against Basco are dismissed with prejudice.

3. The Court shall reserve jurisdiction to enforce the terms of the Settlement Agreement and determine Relator's share of the settlement proceeds, if any, pursuant to 31 U.S.C. § 3730(d).

Dated: November __12__ , 2013         Respectfully Submitted,

FOR THE UNITED STATES:                STUART F. DELERY

Assistant Attorney General
Civil Division

A. LEE BENTLEY, III
Acting United States Attorney

*/s/ Christelle Klovers*
MICHAEL D. GRANSTON
JUDITH RABINOWITZ
CHRISTELLE KLOVERS
Trial Counsel

U.S. Department of Justice
Civil Division, Fraud Section
601 D Street, N.W., Room 9213
Washington, DC 20004
Telephone No.: (202) 305-3656
Facsimile No.: (202) 305-5788
Email: Christelle.Klovers@usdoj.gov

And

*/s/ Ronnie S. Carter*
RONNIE S. CARTER
Assistant United States Attorney
Trial Counsel
Florida Bar No. 0948667
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No.: (904) 301-6324/6300
Facsimile No.: (904) 301-6310
Email: Ronnie.Carter@usdoj.gov

Attorneys for the United States of America

FOR RELATOR:                */s/Harold H. Catlin*
CURTIS S. FALLGATTER, ESQUIRE
Florida Bar No. 0213225
HAROLD H. CATLIN, ESQUIRE
Florida Bar No. 224065
Fallgatter Farmand & Catlin, P.A.
200 East Forsyth Street
Jacksonville, FL 32202
Telephone No. : (904) 353-5800
Facsimile No. (904) 353-5801

Attorneys for Relator