**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES ex rel.
JAMES F. VALENTI, JR.,

    Plaintiff,

vs.                                                  Case No. 3:11-cv-368-J-99TJC-PDB

TAI SHAN GOLDEN GAIN ALUMINUM
PRODUCTS, LTD; SAM LEI; JOHN LEI;
INNOVATIVE ALUMINUM (HONG KONG),
LTD; ROBERT WINGFIELD; STEVEN
ATKINSON; NORTHEASTERN
ALUMINUM CORPORATION; WILLIAM
MA; MASTER ATTRACTION SBN BHD;
LMM MARKETING SBN BHD; KING
RIVER; TMI; SOUTHEASTERN
ALUMINUM PRODUCTS, INC.; BASCO
MANUFACTURING COMPANY;
WATERFALL GROUP, LLC; C.R.
LAURENCE COMPANY, INC.; VITRO
ARCHITECTURAL PRODUCTS;
SOUTHERN ALUMINUM
MANUFACTURING COMPANY;
CARDINAL SHOWER ENCLOSURES;
CORAL INDUSTRIES; and JOHN DOE
COMPANIES,

    Defendants.

**ORDER**

    This case is before the Court on the Notice of Voluntary Dismissal of Claims As to Defendant Basco ("Notice") (Doc. 9), filed by the United States of America and Relator James F. Valenti, Jr. on November 12, 2013. The Notice states that claims against Defendant Basco Manufacturing Company ("Basco") based on "Covered Conduct" released

in the parties' settlement agreement are to be dismissed with prejudice while all other claims against Basco are to be dismissed without prejudice. (Id. at ¶ 1.) The Court cannot determine what claims are dismissed with or without prejudice, however, as the Notice does not define "Covered Conduct." The Notice also requests that the Court retain jurisdiction to enforce the terms of the settlement agreement and determine the Relator's share of the settlement proceeds, if any, pursuant to 31 U.S.C. § 3730(d). (Id. at ¶ 3.) The Court will not do so, however, without first reviewing the agreement. Therefore, it is hereby

**ORDERED**:

The parties shall file their Settlement Agreement with the Court on or before **November 27, 2013**.

**DONE AND ORDERED** at Jacksonville, Florida, on this 13th day of November, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies to:

Counsel of Record