IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> <u>ex rel.</u> JAMES F. VALENTI, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WINGFIELD; C.R. LAURENCE COMPANY, INC.; SOUTHEASTERN ALUMINUM PRODUCTS, INC.; WATERFALL GROUP, LLC; NORTHEASTERN ALUMINUM CORPORATION; and, WILLIAM MA, <br><br> Defendants. | Civil No. 3:11-cv-368-J-99TJC-PDB |

**JOINT STATUS REPORT OF UNITED STATES AND RELATOR
REGARDING RELATOR'S SHARE OF THE BASCO SETTLEMENT PROCEEDS**

The United States and Relator, James F. Valenti, Jr., through their undersigned representatives, hereby report that despite an exchange of letters on the matter, they have not reached an agreement on the Relator's appropriate share of the proceeds of the settlement with Basco Manufacturing Co.

The Court's November 21, 2013 order instructed the United States and Relator to submit in this Notice their proposals of how to proceed on the issue of relator share. The United States accordingly submits that the Court should take no action on the matter until litigation against all defendants is complete. Over the course of the litigation, the Relator's contributions to the prosecution of the action will become more apparent and the United States and Relator may reach agreement on the relator

1

share, if any.  If no resolution has been reached by the time the case has been resolved as to all defendants, the United States and Relator can advise the Court as to whether there is a need for further discovery and an evidentiary hearing.  Since this is a status report, the Government is not arguing its position on the merits here, but it is prepared to do so, and reasons supporting its proposed course of action are included in the Government's Opposition to Relator's Motion to Set Relator's Share, Schedule Status Conference, and Establish Discovery Schedule.  (Doc. 16).

Relator's position in regard to the Relator's Share is set forth in Relator's Motion to Set Relator's Share, Schedule Status Conference, and Establish Discovery Schedule.  (Doc. 15).  Further, Relator objects to the proposition that the Relator's Share should be determined at the end of all litigation in this Qui Tam action.  Relator contends that he will suffer financially as a result of bringing this Qui Tam action and it would be inequitable and unfair to withhold his Relator's Share of the Basco settlement for possibly years depending upon the pace of the remaining litigation and possible appeals.  Further, Relator contends that the Relator's Share of a settlement entered into prior to the unsealing of the Qui Tam Complaint most probably would be a different percentage than the Relator's Share of a fully litigated verdict, dependent upon Relator's involvement in that litigation.  Therefore, the determination and payment of Relator's Share of the Basco settlement should not be delayed until the end of all litigation in this matter.

//

//

//

Dated this 18th day of December, 2013.

| **United States of America** | **Relator** |
|---|---|
| | |

STUART F. DELERY
Assistant Attorney General
Civil Division

A. LEE BENTLEY, III
Acting United States Attorney

*s/ Christelle Klovers*
MICHAEL D. GRANSTON
JUDITH RABINOWITZ
CHRISTELLE KLOVERS
Attorneys
U.S. Department of Justice
Civil Division, Fraud Section
601 D Street, N.W., Room 9213
Washington, DC 20004
Telephone No. (202) 305-3656
Facsimile No. (202) 305-5788
Email: Christelle.Klovers@usdoj.gov

*s/ Ronnie S. Carter*
RONNIE S. CARTER
Assistant United States Attorney
Trial Counsel
Florida Bar No. 0948667
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No. (904) 301-6324/6300
Facsimile No. (904) 301-6363/6310
Email: Ronnie.Carter@usdoj.gov

*s/ Harold H. Catlin*
CURTIS S. FALLGATTER, ESQ.
Florida Bar No. 0213225
HAROLD H. CATLIN, ESQ.
Florida Bar No. 224065
Fallgatter Farmand & Catlin, P.A.
200 East Forsyth Street
Jacksonville, Florida  32202
Telephone No. (904) 353 - 5800
Facsimile No. (904) 353-5801
Email: hcatlin@fallgatterlaw.com