UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA ex
rel. JAMES F. VALENTI, JR.,

      Plaintiff,

vs.                                                                                                        Case No. 3:11-cv-368-J-39MCR

ROBERT WINGFIELD; C.R.
LAURENCE COMPANY, INC.;
SOUTHEASTERN ALUMINUM
PRODUCTS, INC.; WATERFALL
GROUP, LLC; NORTHEASTERN
ALUMINUM CORPORATION and
WILLIAM MA,

      Defendants.
_____

## ORDER

**THIS CAUSE** is before the Court on the Joint Notice Regarding Court's Order to Show Cause (Doc. 153; Joint Notice), filed on September 23, 2015. In the Joint Notice, the Plaintiff in this qui tam action, the United States of America ex rel. Relator James F. Valenti, Jr., state that they do not object to the dismissal of Defendant Northeastern Aluminum Corporation ("Northeastern") without prejudice. The Joint Notice was filed in response to the Court's Order, entered September 14, 2015. (Doc. 151; Order). In that Order, the Court noted that a Clerk's Entry of Default (Doc. 141) had been entered against Northeastern on April 22, 2015, and that no further action had since been taken with regard to Northeastern. Order at 1. The Court required Plaintiff to show cause why the claims against Northeastern should not be dismissed without prejudice for failure to

prosecute. Id. Based upon Plaintiff's Joint Notice, it is hereby

**ORDERED**:

The claims brought in this action against Defendant Northeastern Aluminum Corporation are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of September, 2015.

                                      BRIAN J. DAVIS
                                      United States District Judge

jl

Copies furnished to:

Counsel of Record