UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**
ex rel. and **JAMES F. VALENTI JR.**,

    **Plaintiffs,**

v.

Case No: 3:11-cv-368-J-39MCR

**ROBERT WINGFIELD, C.R. LAURENCE COMPANY, INC., SOUTHEASTERN ALUMINUM PRODUCTS, INC., WATERFALL GROUP, LLC, NORTHEASTERN ALUMINUM CORPORATION,** and **WILLIAM MA,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL AS TO DEFENDANT ROBERT WINGFIELD

This matter is before the Court on the Stipulated Motion for Entry of Order of Dismissal as to Defendant Robert Wingfield (Doc. 160). In the Stipulation, the Parties state that they agree to the dismissal, with prejudice, of the claims against Robert Wingfield in the United States' complaint.

Accordingly, it is hereby

**ORDERED:**

1.    The Stipulated Motion for Entry of Order of Dismissal as to Defendant Robert Wingfield (Doc. 160) is **GRANTED**.

2. The claims asserted against Robert Wingfield in the United States' complaint, and the claim of the relator for reasonable expenses, attorneys' fees, and costs against Wingfield are **DISMISSED with prejudice**.

3. To the extent agreed to in their respective agreements, each Party shall bear its own costs and/or attorney's fees.

4. The Clerk of Court is directed to terminate Robert Wingfield from these proceedings and close the action.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of January, 2016.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record